# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**EDWARD F. ANHALT,**

        Plaintiff,

        V.        CASE NUMBER: **04-C-1052**

**CARDINAL STRITCH UNIVERSITY,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is Granted. Plaintiff has failed to demonstrate a *prima facie* case of discrimination. Defendant has established a legitimate, non-pretextual reason for terminating plaintiff and that age was not a factor in the decision to discontinue plaintiff's teaching services. This action is hereby DISMISSED in its entirety.**

    **December 12, 2006**
Date                                            Clerk

                                                          s/ Linda M. Zik
                                                          (By) Deputy Clerk